®AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 1



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Raul Angulo Hernandez -1 | Case Number: 13-cr-03283-JAH-1 |
| | Jan E Ronis |
| | Defendant's Attorney |

**REGISTRATION NO.** 46333298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) Fifteen of the indictment.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 31:5324(c)(3); 18:2; 31:5317(c) & 5332(b)(2) | Structuring the Importation of Monetary Instruments; Aiding and Abetting | 15 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s)
☒ Count(s) remaining _____ is ☒ are ☐ dismissed on the motion of the United States.
☒ Assessment: $100.00

☒ No fine      ☒ Forfeiture pursuant to order filed __5/1/14__, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 23, 2014
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

13-cr-03283-JAH-1

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT: Raul Angulo Hernandez -1
CASE NUMBER: 13-cr-03283-JAH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time served.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

13-cr-03283-JAH-1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL ANGULO HERNANDEZ (1),<br><br>    Defendant. | Case No. 13cr3283-JAH<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant, RAUL ANGULO HERNANDEZ (1) ("Defendant"), pursuant to 31 U.S.C. §§ 5317(c) and 5332(b)(2), as property involved in the violation to which Defendant is pleading guilty, 31 U.S.C. § 5324(c)(3), as charged in the Indictment; and

WHEREAS, on or about March 27, 2014, Defendant pled guilty before Magistrate Judge David H. Bartick to Count 15 of the Indictment, which plea included a consent to the forfeiture allegations of the Indictment and an agreement to entry of a $1,646,377.20 judgment against the Defendant in favor of the United States; and

WHEREAS, on May 1, 2014 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the Plea Agreement and guilty plea, the Court determined that $1,646,377.20 (U.S. dollars)

//

1  represents the proceeds involved in or traceable to the violation of 31 U.S.C.
2  § 5324(c)(3), as charged in the Indictment; and

3  WHEREAS, by virtue of said guilty plea and the Court's findings, the
4  United States is now entitled to an Order of Forfeiture and a judgment in its favor against
5  the Defendant in the amount of $1,646,377.20, pursuant to 31 U.S.C. § 5317(c)(1) and
6  Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

7  WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture
8  Addendum, the United States has established the requisite nexus between the
9  $1,646,377.20 judgment and the offense; and

10  WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to
11  the extent that the forfeiture consists of a money judgment;" and

12  WHEREAS, the United States, having submitted the Order herein to the Defendant
13  through his attorney of record, to review, and no objections having been received;

14  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

15  1. Defendant RAUL ANGULO HERNANDEZ shall forfeit to the United States
16  the sum of $1,646,377.20 pursuant to 31 U.S.C. § 5317(c)(1); and

17  2. Judgment shall be entered in favor of the United States against Defendant
18  RAUL ANGULO HERNANDEZ in the amount of $1,646,377.20, with interest to accrue
19  thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

20  3. This Court shall retain jurisdiction in the case for the purpose of enforcing
21  the order of forfeiture and collecting and enforcing the judgment; and

22  4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to
23  the Defendant at the time of sentencing and is part of the sentence and included in the
24  judgment; and

25  5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend
26  this Order of Forfeiture to substitute property having a value not to exceed $1,646,377.20
27  to satisfy the money judgment in whole or in part; and
28  //

6. The United States may take any and all actions available to it to collect and enforce the judgment.

IT IS SO ORDERED.

DATED: May 14, 2014

JOHN A. HOUSTON
United States District Judge